UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          : Case No.:    13-26492
Edwin F Abreu                                                   :
                                                                : Adv. No.:    _____
                                                                :
                                                                : Judge:       Poslusny
         Debtor (s),                                            :
_____ :                   Chapter:          13

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Jerrold N. Poslusny_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:**   Courtroom No.   4C
                           Mitchell H. Cohen U.S. Courthouse
                           400 Cooper Street
                           Camden, NJ  08101

**Date and Time:**         November 18, 2016 @ 10:00 AM,
                           or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ✔ ARE REQUIRED        _____ ARE NOT REQUIRED

DATED:     10/27/16                          JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 27, 20 16 the foregoing notice was served on the following:
   Debtor(s)
   Attorney for Debtor(s), if any
   Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 13-26492-JNP
Edwin F Abreu                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin            Page 1 of 1            Date Rcvd: Oct 27, 2016
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db         +Edwin F Abreu,   1116 North 20th Street,   Camden, NJ 08105-3756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
      Angela Catherine Pattison    on behalf of Creditor    Deutsche Bank National Trust Company, as
       Trustee for BCAPB LLC Trust 2007-AB1 angela.pattison@powerskirn.com,   ecf@powerskirn.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       BCAPB LLC Trust 2007-AB1 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
       bankruptcynotice@zuckergoldberg.com
      Moshe  Rothenberg    on behalf of Debtor Edwin F Abreu mosherothenbergbkesq@gmail.com,
       alyson@mosherothenberg.com
                                                                         TOTAL: 6