**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edwin F Abreu<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9826<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–26492–JNP | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Edwin F Abreu
    aka Edwin F Abreu–Fernandez

9/10/18                                                                 **By the court:** Jerrold N. Poslusny Jr.
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 13-26492-JNP
Edwin F Abreu                                                       Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2            Date Rcvd: Sep 10, 2018
                              Form ID: 3180W               Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db             +Edwin F Abreu,    1116 North 20th Street,    Camden, NJ 08105-3756
aty            +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,   Suite 301,
                 Mountainside, NJ 07092-2315
514396267      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
514103854      +CCMUA,   1645 Ferry Avenue,    Camden, NJ 08104-1360
514371547      +Deutsche Bank National Trust Company, as Trustee f,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514103856      +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
514103857     ++FIRST NATIONAL COLLECTION BUREAU,    50 W LIBERTY ST,    STE 250,   RENO NV 89501-1973
               (address filed with court: First National COllection Bureau,     610 Waltham Way,
                 McCarran, NV  89434)
514103858      +Gen Path,    481 Edward Ross Drive,   Elmwood Park Drive, NJ 07407-3118
514103859       Macys,   PO Box 18303,    Columbus, OH 43218
514103860      +Main Street Aquisition Corp,    3100 Route 38 West,    Brinley Plaza Building 1,
                 Wall, NJ 07719-9020
514172463      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514103864       Wells Fargo Home MOrtgage,    PO Box 50306,   Des Moines, IA  50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2018 23:35:53      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2018 23:35:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514157074       EDI: RESURGENT.COM Sep 11 2018 03:09:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Reimbursement,    Technologies, Inc.,   Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
514103855       EDI: DIRECTV.COM Sep 11 2018 03:08:00     Direct TV,   PO Box 11732,   Newark, NJ  07101
514248193       EDI: BL-CREDIGY.COM Sep 11 2018 03:08:00     Main Street Acquisition Corp., assignee,
                 of HSBC CARD SERVICES (III) INC.,    c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
514103861      +EDI: MID8.COM Sep 11 2018 03:09:00     Midland Credit Management,    8875 Aero Drive,
                 Suite 200,   San Diego, CA 92123-2255
514103862      +E-mail/Text: bankruptcydepartment@tsico.com Sep 10 2018 23:36:26      NCO Financial Services,
                 PO Box 17205,    Wilmington, DE 19850-7205
514103863       EDI: PRA.COM Sep 11 2018 03:08:00     Portfolio Recovery Associates,   120 Corporate Boulevard,
                 Suite 100,   Norfolk, VA  23502
514386811       EDI: PRA.COM Sep 11 2018 03:08:00     Portfolio Recovery Associates, LLC,   c/o Heritage Chase,
                 POB 41067,   Norfolk VA 23541
514374049      +EDI: WFFC.COM Sep 11 2018 03:09:00     Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,    3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joel A. Ackerman,    Zucker, Goldberg & Ackerman,    200 Sheffield St.,   Suite 301,
                 Mountainside, NJ 07092-2315
514126302      ##ZUCKER, GOLDBERG & ACKERMAN, LLC,    Deutsche Bank National Trust Company, as,
                 200 Sheffield Street, Suite 101,    P.O. Box 1024,   Mountainside, NJ 070920024
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Sep 10, 2018
                               Form ID: 3180W               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for BCAPB LLC Trust 2007-AB1 angela.pattison@powerskirn.com,  ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               BCAPB LLC Trust 2007-AB1 bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Moshe  Rothenberg    on behalf of Debtor Edwin F Abreu mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
                                                                                             TOTAL: 5
```